AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Donna Mae Fredericks

)
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.  61247-Cohn/Seltzer
Shapiro Fishman & Gache LLP )
Citimortgage, Inc. )
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Citi Mortgage Inc.
c/o CT Corporation System
1200 South Pine Island Rd.
Plantation, Fl. 33326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donna Mae Fredericks
10821 Morningstar Drive
Cooper City, Fl. 33026

If you fail to respond, judgment by default will be entered
You also must file your answer or motion with the court.

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Teresa Erwin
Deputy Clerk
U.S. District Courts

Date: 5/29/14

AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Donna Mac Fredericks

61247-Cohn/Seltzer

)
)
)
)
)
)
Plaintiff(s)          )
v.                    )   Civil Action No.
Shapiro, Fishman & Gache  )
Citimortgage, Inc.    )
)
)
Defendant(s)          )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shapiro, Fishman & Gache
2424 North Federal Hywy. Suite 360
Boca Raton, Fl. 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Donna Fredericks
10821 Morningstar Drive
Cooper City, Fl. 33026

If you fail to respond, judgment by default will be entered
You also must file your answer or motion with the court.



Date: 5/29/14

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Teresa Erwin
Deputy Clerk
U.S. District Courts